THE STATE OF OHIO, APPELLEE, v. ALLEN, APPELLANT.

[Cite as *State v. Allen,* 114 Ohio St.3d 34, 2007-Ohio-2711.]

(No. 2006–1765—Submitted May 23, 2007—Decided June 20, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Wilson*, 113 Ohio St.3d 382, 2007-Ohio-2202, 865 N.E.2d 1264.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.